UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNA COLBURN, et al., | Civil Action No. 17-984 (RBK)(JS) |
| Plaintiffs, | **ORDER OF DISMISSAL PURSUANT TO LOCAL RULE 41.1(a)** |
| v. | |
| ADELPHIA THREE CORP., et al., | |
| Defendants. | |

It appearing to the Court that the above case has been pending for more than 90 days without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

**IT IS on this 12th day of June, 2018,**

**ORDERED** that the above case be and the same hereby is dismissed in accordance with General Rule 41.1(a), without prejudice and without cost to either party.

  /s/ Robert B. Kugler  
UNITED STATES DISTRICT JUDGE